# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHID RASHID, | 1:11-cv-01765-AWI-GBC (PC) |
| Plaintiff, | ORDER DIRECTING THE CLERK OF THE COURT TO CORRECT PLAINTIFF'S NAME AND CDC NUMBER IN COURT FILE AND ON CM/ECF TO "JAMES E. SMITH" AKA TAHID RASHID J-74120 |
| v. | |
| C. GIPSON, | |
| Defendant. | |

On October 24, 2011, Plaintiff, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. On Plaintiff's complaint, he listed his name as "Tahid Rashid" and CDC number V-14120. Underneath this name, he listed the name J. Smith J-74120. The case is currently titled as Tahid Rashid, V-14120, and the United States Postal Service has returned all documents mailed by the Court as undeliverable "Name and Prison ID Number Do Not Match." Therefore, the Court cannot have any communication with Plaintiff under his alias, and the Court shall direct the case changed to his incarcerated name and valid CDC number. A review of prior Court filings demonstrates that Plaintiff's incarcerated name is James E. Smith.

Accordingly, the Clerk of the Court is directed to:

1) Correct Plaintiff's name and CDC number in Court file and on CM/ECF to "James E. Smith" aka Tahid Rashid J-74120; and

2) To re-send all prior orders and documents to Plaintiff's correct name and CDC number.

IT IS SO ORDERED.

Dated:   January 17, 2012

UNITED STATES MAGISTRATE JUDGE