# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH aka TAHID RASHID,<br><br>        Plaintiff,<br><br>    v.<br><br>C. GIPSON,<br><br>        Defendant.<br>_____/ | CASE NO. 1:11-cv-01765-GBC (PC)<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EITHER PAY FILING FEE OR SUBMIT AN APPLICATION TO PROCEED IN FORMA PAUPERIS |

      On October 24, 2011, Plaintiff, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983.

      On October 31, 2011, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or pay the filing fee within forty-five days. Doc. 3. On January 17, 2012, the Court directed the Clerk of the Court to correct Plaintiff's name and CDC number and re-serve all orders on Plaintiff. Doc. 5. In the October 31, 2011 Order, which was re-sent on January 17, 2012, the Court placed Plaintiff on notice that failure to submit an application to proceed in forma pauperis or pay the filing fee would result in dismissal. Doc. 3. To date, Plaintiff has failed to pay the $350.00 filing fee in full, submitted an application to proceed in forma pauperis, or responded to the Court's order.

//
//
//
//

1  A civil action may not proceed absent the submission of either the filing fee or an application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Because Plaintiff has not submitted an application to proceed in forma pauperis, paid the filing fee, or responded to the Court's order to do so, dismissal of this action is appropriate. *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for failure to pay the filing fee or submit a completed application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   March 12, 2012

UNITED STATES MAGISTRATE JUDGE